°⋈ JS 44  (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS

California State Automobile Association, Inter-Insurance Bureau

**DEFENDANTS**

Franke, Inc., John Guest USA, Inc., and Does 1 through 50, inclusive

**(b)** County of Residence of First Listed Plaintiff  Co. of San Francisco, CA
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorneys (Firm Name, Address, and Telephone Number)

GRUNSKY, EBEY, FARRAR & HOWELL, a Professional Corporation
240 Westgate Drive
Watsonville, CA  95076
(831) 722-2444

Attorneys (If Known)

Unknown

(see attachment for attorneys of John Guest USA, Inc.)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1  U.S. Government Plaintiff | ☐ 3  Federal Question (U.S. Government Not a Party) |
| ☐ 2  U.S. Government Defendant | ☒ 4  Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | | ☐ 850 Securities/Commodities |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | **SOCIAL SECURITY** | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 862 Black Lung (923) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | ☐ 870 Taxes (U.S. Plaintiff | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | or Defendant) | ☐ 900 Appeal of Fee |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party | Determination |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | 26 USC 7609 | Under Equal Access |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities— | ☐ 540 Mandamus & Other | **IMMIGRATION** | | to Justice |
| | Employment | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of |
| | ☐ 446 Amer. w/Disabilities— | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus— | | State Statutes |
| | Other | | Alien Detainee | | |
| | ☐ 440 Other Civil Rights | | ☐ 465 Other Immigration | | |
| | | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

| | | | | Transferred from | | Appeal to District |
|---|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 Judge from Magistrate Judgment |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. section 1441 (b) -- Diversity of Citizenship
Brief description of cause:
Subrogation action for strict product liability

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $ 104,583.46 + interest

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY

PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE
"NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)

☒ SAN FRANCISCO/OAKLAND    ☐ SAN JOSE

SIGNATURE OF ATTORNEY OF RECORD

DATE
March 25, 2008

BY FAX



1  John W. Shaw [State Bar No. 82802]
   jshaw@stl-lawoffices.com
2  SHAW, TERHAR & LaMONTAGNE, LLP
   707 Wilshire Boulevard, Suite 3060
3  Los Angeles, California 90017
   Telephone: (213) 614-0400
4  Facsimile: (213) 629-4534

5  Attorneys for Defendant
   JOHN GUEST USA, INC.
6

7

8              UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10                 CV   08      1642

11 CALIFORNIA STATE AUTOMOBILE          )  Case No.
   ASSOCIATION, INTER-INSURANCE         )
12 BUREAU,                              )  JOHN GUEST USA, INC.'S NOTICE
                                        )  OF REMOVAL OF ACTION UNDER
13         Plaintiff,                   )  28 U.S.C. §1441(b) [DIVERSITY OF
                                        )  CITIZENSHIP]; DECLARATION OF
14    vs.                              )  JOHN W. SHAW IN SUPPORT
                                        )  THEREOF
15 FRANKE, INC., JOHN GUEST USA, INC.,  )
   and DOES 1 through 50, inclusive,,   )  Complaint Filed: March 10, 2008
16                                      )
           Defendants.                  )
17 _____ )

18 **TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

19     **PLEASE TAKE NOTICE THAT** defendant JOHN GUEST USA, INC. ("JOHN

20 GUEST"), hereby removes the above-captioned action to this Court from the Superior

21 Court of the State of California, County of Marin, based upon diversity of citizenship as

22 shown by the following grounds:

23     ***Background Information:***

24     On or about March 10, 2008, plaintiff California State Automobile Association,

25 Inter-Insurance Bureau ("Plaintiff") filed a complaint entitled *California State Automobile*

26 *Association, Inter-Insurance Bureau v.Franke, Inc., et al.*, in the Superior Court of the State

27 of California for the County of Marin, case number cv081148 (the "Underlying Action"),

28

LAW OFFICES
SHAW, TERHAR &
LAMONTAGNE, LLP
              NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) [DIVERSITY OF CITIZENSHIP];
                        DECLARATION OF JOHN W. SHAW IN SUPPORT THEREOF
221653.1  0038-15790

BY FAX

1  naming as defendants "FRANKE, INC." ("FRANKE"), "JOHN GUEST USA, INC.. " and

2  "Does 1 through 50, inclusive." (See Exhibit A to this notice.)

3        Plaintiff alleges that JOHN GUEST manufactured and sold a plastic fitting to

4  FRANKE, which was used on a Franke Triflow water filter, serial number FR 077691.

5  (See Ex. A, ¶ 8.) This water filter was installed in the kitchen of Plaintiff's insured's

6  premises. (See *id.*) Plaintiff alleges that on or about November 8, 2007, the fitting

7  allegedly fractured, causing the water filter to leak and flood the insured's premises. (See

8  Ex. A, ¶ 9.) Plaintiff alleges the fitting and the water filter, as designed, manufactured,

9  and/or sold by Defendants, were supposedly defective and unsafe for their intended

10 purposes at the time of purchase and installation. (See Ex. A, ¶ 10.)

11       Plaintiff alleges a subrogation causes of action against the defendants for strict

12 product liability. (See Ex. A.)

13 *Jurisdiction:*

14       Jurisdiction is proper here based on diversity of citizenship as addressed below.

15 *Intradistrict Assignment:*

16       Assignment to the San Francisco location is proper as the action was filed in the

17 Superior Court for the State of California, County of Marin.

18 *Timeliness of Removal:*

19       On March 14, 2008, Plaintiff served defendants JOHN GUEST and FRANKE, both

20 of whose offices were located out of California, by mail. (Ex. B.)

21       Pursuant to California Code of Civil Procedure section 415.40, service became

22 effective on March 24, 2008. Since fewer than thirty days have elapsed since then, this

23 notice is timely.

24       Neither JOHN GUEST nor FRANKE have not answered Plaintiff's complaint in the

25 Underlying Action. (See Declaration of John W. Shaw ("Shaw Declaration") at ¶¶ 7-8.)

26 *Amount in controversy:*

27       The amount in controversy in the Underlying Action exceeds $75,000, exclusive of

28 interest and costs. Plaintiff's Complaint in the underlying action prays for judgment, in

LAW OFFICES
SHAW, TERHAR &
LAMONTAGNE, LLP

2

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) [DIVERSITY OF CITIZENSHIP];
DECLARATION OF JOHN W. SHAW IN SUPPORT THEREOF

221653 1  0038-15790

part, for damages in the sum of $104,583.46 according to proof at the time of trial. (See Ex. A, pp. 3.17-18.)

***Diversity of Citizenship***:

There is complete diversity of citizenship in that (1) Plaintiff is a corporation organized and existing under the laws of the State of California with its principal place of business in the City of San Francisco, State of California.; (2) JOHN GUEST USA, INC. is a corporation organized and existing under the laws of the State of New Jersey with its principal place of business in the City of Fairfield, State of New Jersey; and (3) FRANKE, INC. is a corporation organized and existing under the laws of the State of Delaware with its principal place of business in the City of North Wales, State of Pennsylvania. (See Exhibits E and F, Shaw Declaration at ¶¶ 2-4, and Request for Judicial Notice.)

In light of this diversity, this Court has original jurisdiction of this action under 28 U.S.C. section 1332 (a), as required by 28 U.S.C. section 1441

***Propriety of removing to the Northern District***:

Plaintiff filed the Underlying Action in the Superior Court of California, County of Marin, and it is thus properly removed to the jurisdiction of the United States District Court for the Northern District of California.

***State Court Documents***: The exhibits attached to this notice are true and complete copies of all documents from the Underlying Action, as identified and authenticated in paragraphs five and six of the accompanying Shaw Declaration.

**WHEREFORE**, JOHN GUEST hereby removes the Underlying Action to this honorable Court.

Dated: March 25, 2008

SHAW, TERHAR & LaMONTAGNE, LLP

By: ______________________

John W. Shaw
Attorney for Defendant
JOHN GUEST USA, INC.

## DECLARATION OF JOHN W. SHAW

I, JOHN W. SHAW, declare:

1.    I am an attorney at law duly admitted to practice law in the State of California. I am partner in the Law Offices of Shaw, Terhar & LaMontagne LLP, attorneys of record for defendant JOHN GUEST USA, INC. ("JOHN GUEST"). I have personal firsthand knowledge of the facts set forth herein, and could and would competently testify to them if I were called upon to do so. I make this declaration in support of JOHN GUEST's Notice of Removal of Action under 28 U.S.C. section 1441 (diversity of citizenship).

2.    I have represented JOHN GUEST in several lawsuits, and can attest based upon my familiarity with the company that it is a corporation organized and existing under the laws of the State of New Jersey with its principal place of business in the City of Fairfield, State of New Jersey.

3.    Attached is a true and correct copy of the California Secretary of State's Business Entity profile for California State Automobile Association, marked Exhibit E.

4.    Attached is a true and correct copy of the Pennsylvania Secretary of State's Business Entity profile for Franke, Inc., marked Exhibit F.

5.    The exhibits attached to this notice are true and complete copies of the documents from the Underlying Action that they purport to be, namely:

Exhibit A: The Plaintiff's Complaint in Subrogation for Strict Product Liability;

Exhibit B: The Proof of Service of the Complaint;

Exhibit C: The summons;

Exhibit D: The Superior Court of California, County of Marin's Notice of Case Management Conference (Civil)

6.    These are the only pleadings received thus far by Defendant.

7.    JOHN GUEST has not answered Plaintiff's complaint in the Underlying Action.

LAW OFFICES
SHAW, TERHAR &
LAMONTAGNE, LLP

4

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) [DIVERSITY OF CITIZENSHIP];
DECLARATION OF JOHN W. SHAW IN SUPPORT THEREOF
221653.1  JWS-00000

1    8.    Our office has not received service of an Answer on behalf of defendant

2  FRANKE, INC.

3    I declare under penalty of perjury under the laws of the United States of America that

4  the foregoing statements are true and correct.

5    Executed this 25th day of March, 2008, at Los Angeles, California.

6

7  _____

8    JOHN W. SHAW

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
SHAW, TERHAR &
LAMONTAGNE, LLP

5
NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) [DIVERSITY OF CITIZENSHIP],
DECLARATION OF JOHN W. SHAW IN SUPPORT THEREOF

221653.1  JWS-00000

# EXHIBIT A



FILED

MAR 1 0 2008

KIM TURNER, Court Executive Officer
MARIN COUNTY SUPERIOR COURT
By: S Bond, Deputy

1  Robert E. Wall, Esq., SBN 108114
2  Laura Uddenberg, Esq. SBN 75630
   GRUNSKY, EBEY, FARRAR & HOWELL
3  A Professional Corporation
   240 Westgate Drive
4  Watsonville, CA 95076
5  Telephone:    831/722-2444
   Facsimile:    831/722-6153
6  Attorneys for Plaintiff CALIFORNIA STATE AUTOMOBILE
7  ASSOCIATION, INTER-INSURANCE BUREAU

8
9              THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
10                  IN AND FOR THE COUNTY OF MARIN
11

12  CALIFORNIA STATE AUTOMOBILE            UNLIMITED CIVIL ACTION
    ASSOCIATION, INTER-INSURANCE BUREAU,   No. CV    081148
13
                          Plaintiff.
14
15      vs.                                COMPLAINT IN SUBROGATION
16  FRANKE, INC., JOHN GUEST USA, INC., and FOR DAMAGES FOR STRICT PRODUCT
    DOES 1 through 50, inclusive,          LIABILITY
17
                          Defendants.
18

19      Plaintiff alleges:

20      1.      Plaintiff, CALIFORNIA STATE AUTOMOBILE ASSOCIATION, INTER-

21  INSURANCE BUREAU (hereinafter "CSAA"), is, and at all times herein mentioned was, a

22  corporation licensed by the Insurance Commissioner of the State of California to engage in the

23  business of insurance in the State of California.

24      2.      Blair and Laurie LaCorte (hereinafter the "INSUREDS") are, and at all times herein

25  mentioned were, the owner of certain real property and improvements located at 15 Belvedere Ave., in

26  the City of Belvedere, County of Marin, State of California (hereinafter "INSURED PREMISES").

27

28

                                -1-

CSUB19785/complaint (LaCorte)
CSAA v. Franke, Inc and John Guest USA, Inc, et. al.                6
COMPLAINT IN SUBROGATION FOR DAMAGES

3.     At all times herein mentioned, the INSUREDS were insured by CSAA under a homeowner's policy of insurance (hereinafter the "POLICY") against, among other risks, damage to the INSURED PREMISES by water.

4.     Defendant FRANKE, INC. (hereinafter FRANKE) is a corporation doing business in the State of California, in among other places, the County of Marin. Defendant FRANKE is, and at all times herein mentioned was, engaged in the business of designing, manufacturing, marketing and selling water filters for use by members of the general public in the County of Marin.

5.     Defendant JOHN GUEST USA, INC. (hereinafter GUEST) is a corporation doing business in the State of California, County of Marin. Defendant GUEST is, and at all times herein mentioned was, engaged in the business of designing, manufacturing, marketing and selling plastic fittings for use by members of the general public in the County of Marin.

6.     Plaintiff is ignorant of the true names and capacities of the defendants sued herein as Does 1 through 50, and therefore sues these defendants by such fictitious names. Plaintiff will amend this Complaint to show their true names and capacities when ascertained.

7.     Plaintiff is informed and believes and thereon alleges that each defendant, including the fictitiously named defendants Does 1 through 50, is, and at all times herein mentioned was, the agent and/or employee of each remaining defendant, and in doing the things hereinafter described was acting within the course and scope of such agency and employment.

8.     Defendant GUEST manufactured and sold a plastic fitting to defendant FRANKE for use on a Franke Triflow water filter, serial number FR 077691, which was installed in the second story kitchen of the INSURED PREMISES at a date unknown, but within the five years preceding the filing of this complaint. Defendants GUEST and FRANKE intended the fitting and water filter to be used by consumers without inspection for defects.

9.     On or about November 8, 2007 the GUEST fitting fractured, causing the FRANKE water filter to leak which flooded the INSURED PREMISES.

10.    The GUEST fitting and the FRANKE water filter, as designed, manufactured, and/or sold by defendants were, at the time the INSUREDS purchased them and had them installed in the INSURED PREMISES, defective and unsafe for their intended purposes.

-2-

CSUB19785/complaint (LaCorte)
*CSAA v. Franke, Inc and John Guest USA, Inc, et al.*
**COMPLAINT IN SUBROGATION FOR DAMAGES**                    7

1    11.    The INSUREDS were unaware, until the time of the flood, of the defective and unsafe

2   nature of the fitting and water filter. The INSUREDS at all times used the fitting and water filter in

3   the way defendants FRANKE and GUEST intended them to be used.

4    12.    As a proximate result of the water leak, the INSURED PREMISES were flooded, and

5   suffered extensive damage. The INSUREDS were required to repair the dwelling; repair, replace and/or

6   restore personal property; and incurred additional living expenses in a total amount of **$104,583.46**, or

7   such other amount as may be proved at trial.

8    13.    CSAA was required to, and did, pursuant to the terms of the POLICY, reimburse the

9   INSUREDS for the above described damages, except for the INSUREDS' $1,000.00 deductible,

10  which was paid by the INSUREDS. Plaintiff's damages became certain as of January 23, 2008,

11  entitling plaintiff to prejudgment interest.

12    14.    CSAA has notified defendants FRANKE and GUESS of the damages, payments made,

13  and CSAA'S rights to reimbursement in subrogation for the sums as set forth in paragraph 11, but

14  FRANKE and GUEST have failed and refused, and continue to fail and refuse, to reimburse CSAA

15  the whole or any part thereof.

16    WHEREFORE, plaintiff prays for judgment as follows:

17    1.    For the sum of $104,583.46, or such other amount as will be proven at trial, paid by

18  CSAA as set forth herein;

19    2.    For pre-judgment interests on CSAA'S payments to the INSUREDS;

20    3.    For the costs of suit herein incurred;

21    4.    For such other and further relief as the court may deem just and proper.

22

23  DATED:    March 4, 2008    GRUNSKY, EBEY, FARRAR & HOWELL

24

25    By

26    Laura Uddenberg and Robert N. Wall, Attorneys for
      Plaintiff, CALIFORNIA STATE AUTOMOBILE
27    ASSOCIATION, INTER-INSURANCE BUREAU

28

-3-

CSUB19785/complaint (LaCorte)
*CSAA v. Franke, Inc and John Guest USA, Inc, et. al.*
**COMPLAINT IN SUBROGATION FOR DAMAGES**                    8

# EXHIBIT B

**PROOF OF SERVICE**
**[CCP §§ 1013a, 2015.5]**

1

2  STATE OF CALIFORNIA )
   COUNTY OF SANTA CRUZ ) ss

3

4  I am over the age of eighteen (18) years and not a party to the within action. I am employed by the law firm of GRUNSKY, EBEY, FARRAR & HOWELL (the "firm"), and my business address is 240 Westgate Drive, Watsonville, California 95076.

5

   On **March 14, 2008** I caused to be served the within

6

7  • **SUMMONS**
   • **COMPLAINT IN SUBROGATION FOR DAMAGES**
   • **NOTICE OF CASE MANAGEMENT CONFERENCE (CIVIL)**
8  • **NOTICE TO PLAINTIFFS**
   • **STIPULATION TO USE OF ALTERNATIVE DISPUTE RESOLUTION PROCESS**
9  • **EX PARTE APPLICATION FOR EXTENSION OF TIME TO SERVE PLEADING AND ORDERS**
10 • **CASE MANAGEMENT STATEMENT (BLANK)**
   • **NOTICE OF STAY OF PROCEEDINGS**
11 • **NOTICE OF TERMINATION OR MODIFICATION OF STAY**
   • **NOTICE OF SETTLEMENT OF ENTIRE CASE**
12 • **STATEMENT OF AGREEMENT OR NONAGREEMENT**
   • **ADR INFORMATION SHEET**

13

14 * on the parties to this action, by placing a true copy thereof enclosed in a sealed envelope (CERTIFIED RETURN RECEIPT REQUESTED) addressed as follows and delivered in the manner indicated:

15

16 **John Guest USA Inc.**                    **FRANKE, INC.**
   180 Passaic Avenue,                        Kitchen Systems Division
17 PO Box 11085,                              3050 Campus Drive, Suite 500
   Fairfield, New Jersey 07004                Hatfield, PA 19440

18

19

20 __XXX__    By **Mail]**: I caused each envelope **(CERTIFIED RETURN RECEIPT REQUESTED)** with postage prepaid to be placed in the United States mail at Watsonville, California. I am readily familiar with the business
21 practices of the firm regarding the collection and processing of correspondence for mailing with the United States Postal Service. Pursuant to such business practices,
22 and in the ordinary course of business, all correspondence is deposited with the United States Postal Service on the same day it is placed for collection and mailing.

23

24 _____  **[By Federal Express]:** I caused each envelope to be delivered to Federal Express for overnight courier to the office(s) of the addressee(s).

25 _____  **[By Hand Delivery]:** I caused each envelope to be delivered by hand on the office(s) of the addressee(s).

26

27 _____  **[By Fax]:** On *, I served the within document on the parties in said action by facsimile transmission, pursuant to Rule 2.306 of the California Rules of Court. A transmission report was properly issued by the sending facsimile
28 machine and the transmission was reported as complete and without error.

csub19785/POS
CSAA v. Franke, et al., Marina County Superior Court Case No. CV 081148
**PROOF OF SERVICE**

1
      **[By e-mail]** Pursuant to CCP 1010.6(6), and pursuant to authorization from \*\*\*, assistant to \*\*\*, I scanned and emailed correct copies of the above-entitled document to \*\*\*(e-mail address). A copy of the e-mail transmission is attached hereto.

2

3
      I declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on **March 14, 2008** at Watsonville,

4
California.

5

6
                        Sylvia A. Nazario

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

csub19785/POS
CSAA v. Franke, et al., Marina County Superior Court Case No. CV 081148
**PROOF OF SERVICE**

10

# EXHIBIT C

# SUM...ONS
## (CITACION JUDICIAL)

**SUM-100**

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

MAR 1 7 2008

FRANKE, INC., JOHN GUEST USA, INC., and DOES 1 through 50, inclusive

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

FILED

MAR 1 0 2008

KIM TURNER, Court Executive Officer
**MARIN COUNTY SUPERIOR COURT**
*By: S. Bond, Deputy*

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

CALIFORNIA STATE AUTOMOBILE ASSOCIATION, INTER-
INSURANCE BUREAU

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.  A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case.  There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you.  If you cannot pay the filing fee, ask the court clerk for a fee waiver form.  If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
    There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

    Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante.  Una carta o una llamada telefónica no lo protegen.  Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte.  Es posible que haya un formulario que usted pueda usar para su respuesta.  Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca.  Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas.  Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
    Hay otros requisitos legales.  Es recomendable que llame a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados.  Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro.  Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.

| | |
|---|---|
| The name and address of the court is: | CASE NUMBER **081148** |
| *(El nombre y dirección de la corte es):* | *(Número del Caso)* CV |

Superior Court State of California
Hall of Justice
3501 Civic Center Drive
San Rafael, California 94903

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Robert E. Wall, Esq. (SBN 108114)                    (831) 722-2444          (831) 722-6153
Laura Uddenberg, Esq. (SBN 75630)
Grunsky, Ebey, Farrar & Howell
240 Westgate Drive, Watsonville, CA 95076

| DATE. **MAR 1 0 2008** | KIM TURNER | **S. BOND** | , Deputy |
|---|---|---|---|
| *(Fecha)* | *(Secretario)* | | *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

(SEAL)

under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
       ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
       ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
       ☐ other *(specify):*

4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Legal Solutions
& Plus

Code of Civil Procedure §§ 412.20, 465

11

# EXHIBIT D




**SUPERIOR COURT OF CALIFORNIA**
**County of Marin**
P.O. Box 4988
San Rafael, CA 94913-4988

F I L E D

MAR 1 0 2008

KIM TURNER, Court Executive Officer
MARIN COUNTY SUPERIOR COURT
By: S Bond, Deputy

| | |
|---|---|
| PLAINTIFF: California State Automobile Association | CASE NO. C V 0 8 1 1 4 |
| vs. | **NOTICE OF CASE** |
| DEFENDANT: Franke, et al | **MANAGEMENT CONFERENCE** (CIVIL) |

This case is subject to the Trial Court Delay Reduction Act, Government Code § 68600 et seq., and Civil Rules of the Uniform Local Rules of the Marin County Superior Court (hereafter MCSC Civil Rules).

Pursuant to California Rules of Court 3.734, this case is assigned to Judge ___Duryee___, Department ___L___. This assignment is for all purposes.

MCSC Civil Rule 1.18 and CRC 3.110(b) and 3.221(c) requires that the Summons and Complaint, a copy of this notice, a blank Case Management Conference Statement form, and an ADR information package be served and that Proof of Service be filed within 60 days of the filing date of this Complaint. CRC 3.110(d) requires that defendants file responsive pleadings within 30 days of service, unless the parties stipulate to an extension of not more than 15 days.

1.  IT IS ORDERED that the parties/counsel to this action shall:

    a.  Comply with the filing and service deadlines in MCSC Civil Rules 1.18 and CRC 3.110, or APPEAR IN PERSON at the Order to Show Cause hearing on the dates set forth below:

    Hearing on Failure to File Proof of Service _____ 5 / 2 3 / 0 8 _____ 9:00 A.M.

    Hearing on Failure to Answer _____ 6 / 9 / 0 8 _____ 9:00 A.M.

    b.  Appear for a Case Management Conference on _____ 7 / 2 3 / 0 8 _____ 9:00 A.M.

2.  Telephonic appearance at Case Management Conference may be available by contacting COURT CALL, an independent vendor, not less than 5 court days before the hearing date. Parties may make arrangements by calling (888) 882-6878. This service is subject to charges by the vendor.

3.  You must be familiar with the case and be fully prepared to discuss the suitability of the case for binding or non-binding arbitration, mediation, or neutral case evaluation. **Counsel must discuss ADR options with their clients prior to attending the CMC** and should be prepared to discuss with the court their authority to participate in ADR.

4.  Case Management Conference Statements must be filed and served on all parties, including the Court, at least 15 calendar days before the CMC. **(A $49.00 sanction will be charged for late filing of a statement.)**

    **Case Management Statement must be filed by** _____ 7 / 1 5 / 0 8 _____

5.  All Law and Motion matters will be heard on the calendar of the assigned Judge. Tentative Rulings may be obtained by calling (415) 473-7545 from 2:00 p.m. to 4:30 p.m. the court day preceding the scheduled hearing.

# EXHIBIT E

California Secretary of State - California B... ...earch - Corporat...    http://kepler.sos.ca.g... ...data/ShowAllList?QueryCorpNumber=...

# California Business Portal

### Secretary of State DEBRA BOWEN

| SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | OTHER SERVICES |

**Business Search**
**Corporations**

Printer Friendly Page

New Search

Search Tips

Field Definitions

Status Definitions

Name Availability

Corporate Records

Business Entities
Records Order Form
  Certificates
  Copies
  Status Reports

FAQS

Corporations Main Page

Site Search

## Corporations

The information displayed here is current as of "MAR 14, 2008" and is updated weekly. It is not a complete or certified record of the Corporation.

### Corporation

CALIFORNIA STATE AUTOMOBILE ASSOCIATION

**Number:** C0051511 **Date Filed:** 9/4/1907 **Status:** active

**Jurisdiction:** California

### Address

100 VAN NESS AVENUE

SAN FRANCISCO, CA 94102

### Agent for Service of Process

PAUL E. GARRISON

100 VAN NESS AVENUE 16TH FLOOR

SAN FRANCISCO, CA 94102

Printer Friendly

### New Search

- For information about certification of corporate records or for additional corporate information, please refer to **Corporate Records**.
- Blank fields indicate the information is not contained in the computer file.
- If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code **Section 2114** for information relating to service upon corporations that have surrendered.

Copyright ©2001 California Secretary of State. **Privacy Statement**

13

1 of 1                                                                          3/21/2008 12:57 PM

# EXHIBIT F



PENNSYLVANIA
**Department of State**

# Corporations

Online Services | Corporations | Forms | Contact Corporations | Business Services

Search
By Business Name
By Business Entity ID
Verify
Verify Certification
Online Orders
Register for Online
Orders
Order Business List
My Images
Search for Images

### Business Entity
### Filing History
**Date:** 3/21/2008   (Select the link above to
view the Business Entity's
Filing History)

## Business Name History

| Name | Name Type |
| --- | --- |
| FRANKE, INC. | Current Name |

### Business Corporation - Foreign - Information

| | |
| --- | --- |
| **Entity Number:** | 751891 |
| **Status:** | Active |
| **Entity Creation Date:** | 5/9/1978 |
| **State of Business.:** | DE |
| **Principal Office Address:** | % Ct Corporation System PA |
| **Mailing Address:** | No Address |

### Officers

| | |
| --- | --- |
| **Name:** | **HANS J OTT** |
| **Title:** | **President** |
| **Address:** | 212 CHURCH RD NORTH WALES PA 19454-0 |
| **Name:** | **DANIEL H SCHNEIDER** |
| **Title:** | **Secretary** |
| **Address:** | 212 CHURCH RD NORTH WALES PA 19454-0 |
| **Name:** | **DANIEL H SCHNIEDER** |
| **Title:** | **Treasurer** |
| **Address:** | 212 CHURCH RD NORTH WALES PA 19454-0 |
| **Name:** | **THOMAS R CAMPION** |

14

# PROOF OF SERVICE
## Calif. State Auto. Ass'n, et al. v. Franke, Inc.

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 707 Wilshire Boulevard, Suite 3060, Los Angeles, California 90017

On March 26, 2008, I served the within document(s) described as:

JOHN GUEST USA, INC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) [DIVERSITY OF CITIZENSHIP]; DECLARATION OF JOHN W. SHAW IN SUPPORT THEREOF

on the interested parties in this action as stated on the attached mailing list.

[X] **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 26, 2008, at Los Angeles, California.

| Yvonne Allfie | |
| --- | --- |
| (Type or print name) | (Signature) |

<div align="center">

**SERVICE LIST**
**Calif. State Auto. Ass'n, et al. v. Franke, Inc.**

</div>

| | |
|---|---|
| Robert E. Wall, Esq.<br>Laura Uddenberg, Esq.<br>Grunsky, Ebey, Farrar & Howell<br>240 Westgate Drive<br>Watsonville, CA  95076<br><br>Attorneys for Plaintiffs<br>CALIFORNIA STATE AUTOMOBILE<br>ASSOCIATION, INTER-INSURANCE<br>BUREAU | Telephone:  (831) 722-2444<br>Facsimile:   (831) 722-6153 |
| FRANKE, INC.<br>Kitchen Systems Divisio<br>3050 Campus Drive, Suite 500<br>Hatfield, PA  19440 | |

LAW OFFICES
SHAW, TERHAR &
LAMONTAGNE, LLP

221715.1  0038-15790