FILED

MAR 26 PM 3:43

1  John W. Shaw [State Bar No. 82802]
   SHAW, TERHAR & LaMONTAGNE, LLP
2  707 Wilshire Boulevard, Suite 3060
   Los Angeles, California 90017
3  Telephone: (213) 614-0400
   Facsimile: (213) 629-4534
4  jshaw@stl-lawoffices.com
   Attorneys for Defendant
5  JOHN GUEST USA, INC.

6

7

8                   **UNITED STATES DISTRICT COURT**   *EDL*

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                          CV   08        1 2 4 2

11  CALIFORNIA STATE AUTOMOBILE          )  Case No.
    ASSOCIATION, INTER-INSURANCE         )
12  BUREAU,                              )  **NOTICE OF RELATED CASES**
                                         )
13              Plaintiff,               )  Complaint Filed: March 10, 2008
                                         )
14       vs.                             )
                                         )
15  FRANKE, INC., JOHN GUEST USA, INC.,  )
    and DOES 1 through 50, inclusive,.   )
16                                       )
                Defendants.              )
17  _____  )

18          TO THE CLERK OF THE ABOVE-ENTITLED COURT:

19          PLEASE TAKE NOTICE that defendant JOHN GUEST USA, INC., hereby notifies

20  the Court that there are no related cases previously filed or currently pending in the United

21  States District Court, Northern District.

22

23  Dated: March 25, 2008              SHAW, TERHAR & LaMONTAGNE, LLP

24

25                              By:
                                    _____
26                                  John W. Shaw
                                    Attorney for Defendant
27                                  JOHN GUEST USA, INC.

28

BY FAX

1

**PROOF OF SERVICE**
**Calif. State Auto. Ass'n, et al. v. Franke, Inc.**

2

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES.

3

4      I am employed in the County of Los Angeles, State of California. I am over
the age of 18 and not a party to the within action. My business address is 707
5    Wilshire Boulevard, Suite 3060, Los Angeles, California 90017.

6      On March 26, 2008, I served the within document(s) described as:

7      NOTICE OF RELATED CASES

8      on the interested parties in this action as stated on the attached mailing list.

9    ☒   **BY MAIL:** I am "readily familiar" with the firm's practice of collection and
processing correspondence for mailing. Under that practice, it would be
10    deposited with the U.S Postal Service on that same day, with postage thereon
fully prepaid at Los Angeles, California, in the ordinary course of business. I
11    am aware that on motion of the party served, service is presumed invalid if
postal cancellation date or postage meter date is more than one day after date
12    of deposit for mailing in affidavit.

13    I declare under penalty of perjury that the foregoing is true and correct.

14    Executed on March 26, 2008, at Los Angeles, California.

15
_____Yvonne Allfie_____
16    (Type or print name)                                    (Signature)

17

18

19

20

21

22

23

24

25

26

27

28

1

2

**SERVICE LIST**
**Calif. State Auto. Ass'n, et al. v. Franke, Inc.**

| | |
|---|---|
| 3<br><br>4<br><br>5<br><br>6<br><br>7<br><br>8 | Robert E. Wall, Esq.<br>Laura Uddenberg, Esq.<br>Grunsky, Ebey, Farrar & Howell<br>240 Westgate Drive<br>Watsonville, CA 95076<br><br>Attorneys for Plaintiffs<br>CALIFORNIA STATE AUTOMOBILE<br>ASSOCIATION, INTER-INSURANCE<br>BUREAU | Telephone: (831) 722-2444<br>Facsimile:  (831) 722-6153 |
| 9<br><br>10<br><br>11 | FRANKE, INC.<br>Kitchen Systems Divisio<br>3050 Campus Drive, Suite 500<br>Hatfield, PA 19440 | |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28