```
John W. Shaw [State Bar No. 82802]
SHAW, TERHAR & LaMONTAGNE, LLP
707 Wilshire Boulevard, Suite 3060
Los Angeles, California 90017
Telephone: (213) 614-0400
Facsimile: (213) 629-4534
jshaw@stl-lawoffices.com
Attorneys for Defendant
JOHN GUEST USA, INC.
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STATE AUTOMOBILE ASSOCIATION, INTER-INSURANCE BUREAU, <br><br> Plaintiff, <br><br> vs. <br><br> FRANKE, INC., JOHN GUEST USA, INC., and DOES 1 through 50, inclusive,, <br><br> Defendants. | Case No. <br><br> **DEFENDANT JOHN GUEST USA, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br><br> **[Pursuant to Local Rule 3-16]** <br><br> Complaint Filed: March 10, 2008 |

TO THE COURT AND TO ALL PARTIES APPEARING OF RECORD:

Pursuant to Civil Local Rule 3-16, the undersigned certifies that, to the best of its knowledge, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. CALIFORNIA STATE AUTOMOBILE ASSOCIATION, INTER-INSURANCE BUREAU;
2. FRANKE, INC.; and
3. JOHN GUEST USA, INC.

221711.1  0038-15790

| | | |
|---|---|---|
| 1 | Dated: March 25, 2008 | SHAW, TERHAR & LaMONTAGNE, LLP |
| 2 | | |
| 3 | | By: |
| 4 | | John W. Shaw |
| 5 | | Attorney for Defendant<br>JOHN GUEST USA, INC. |

**PROOF OF SERVICE**
**Calif. State Auto. Ass'n, et al. v. Franke, Inc.**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 707 Wilshire Boulevard, Suite 3060, Los Angeles, California 90017

On March 26, 2008, I served the within document(s) described as:

DEFENDANT JOHN GUEST USA, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

on the interested parties in this action as stated on the attached mailing list.

[X]  **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 26, 2008, at Los Angeles, California.

Yvonne Allfie
(Type or print name)                (Signature)

LAW OFFICES
SHAW, TERHAR &
LAMONTAGNE, LLP

1

221715.1  0038-15790

## SERVICE LIST
## Calif. State Auto. Ass'n, et al. v. Franke, Inc.

| | |
|---|---|
| Robert E. Wall, Esq.<br>Laura Uddenberg, Esq.<br>Grunsky, Ebey, Farrar & Howell<br>240 Westgate Drive<br>Watsonville, CA 95076<br><br>Attorneys for Plaintiffs<br>CALIFORNIA STATE AUTOMOBILE ASSOCIATION, INTER-INSURANCE BUREAU | Telephone: (831) 722-2444<br>Facsimile: (831) 722-6153 |
| FRANKE, INC.<br>Kitchen Systems Divisio<br>3050 Campus Drive, Suite 500<br>Hatfield, PA 19440 | |