1  John W. Shaw [State Bar No. 82802]
   jshaw@stl-lawoffices.com
2  SHAW, TERHAR & LaMONTAGNE, LLP
   707 Wilshire Boulevard. Suite 3060
3  Los Angeles, California 90017
   Telephone: (213) 614-0400
4  Facsimile: (213) 629-4534

5  Attorneys for Defendant
   JOHN GUEST USA, INC.

6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11  CALIFORNIA STATE AUTOMOBILE          )  Case No.
    ASSOCIATION, INTER-INSURANCE         )
12  BUREAU,                              )  DEFENDANT JOHN GUEST USA,
                                         )  INC.'S REQUEST FOR JUDICIAL
13           Plaintiff.                  )  NOTICE IN SUPPORT OF ITS
                                         )  NOTICE OF REMOVAL UNDER 28
14     vs.                               )  U.S.C. § 1441 (b) [DIVERSITY OF
                                         )  CITIZENSHIP]
15  FRANKE, INC., JOHN GUEST USA, INC.,  )
    and DOES 1 through 50, inclusive,,   )  [Submitted concurrently with JOHN
16                                       )  GUEST USA, INC.'S Notice of Removal
             Defendants.                 )  and Declaration of John W. Shaw]
17                                       )
                                         )  Complaint Filed: March 10, 2008
18

19       Defendant JOHN GUEST USA, INC. respectfully requests this court to take judicial

20  notice, pursuant to Rules 201 (a), (b), and (d) of the Federal Rules of Evidence that:

21       1.    Plaintiff CALIFORNIA STATE AUTOMOBILE ASSOCIATION was

22  incorporated in the State of California and has its principal place of business in the City of

23  San Francisco, State of California pursuant to the California Secretary of State records, a

24  copy of which is attached as Exhibit E to the Declaration of John W. Shaw in support of

25  JOHN GUEST USA, INC.'s Notice of Removal concurrently filed herewith; and

26       2.    Defendant FRANKE, INC. is a corporation organized and existing under the

27  laws of the State of Delaware with its principal place of business in the City of North

28  Wales, State of Pennsylvania pursuant to the Pennsylvania Department of State records, a

LAW OFFICES
SHAW, TERHAR &
LaMONTAGNE, LLP
                JOHN GUEST USA, INC.'S REQUEST FOR JUDICIAL NOTICE

221669.1  0038-15790

1 | copy of which is attached as Exhibit F to the Declaration of John W. Shaw in support of

2 | JOHN GUEST USA, INC.'s Notice of Removal concurrently filed herewith.

3 |

4 | Dated:  March 25, 2008                          SHAW, TERHAR & LaMONTAGNE, LLP

5 |

6 |                                                    By:

7 |                                                    John W. Shaw
                                                       Attorney for Defendant
8 |                                                    JOHN GUEST USA, INC.

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

LAW OFFICES
SHAW, TERHAR &
LaMONTAGNE, LLP

JOHN GUEST USA, INC.'S REQUEST FOR JUDICIAL NOTICE

221669.1  JWS-00000

**PROOF OF SERVICE**
**Calif. State Auto. Ass'n, et al. v. Franke, Inc.**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 707 Wilshire Boulevard, Suite 3060, Los Angeles, California 90017.

    On March 26, 2008, I served the within document(s) described as:

DEFENDANT JOHN GUEST USA, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS NOTICE OF REMOVAL UNDER 28 U.S.C. § 1441(B) [DIVERSITY OF CITIZENSHIP]

on the interested parties in this action as stated on the attached mailing list.

[X]    **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on March 26, 2008, at Los Angeles, California.

| Yvonne Allfie | _(Signature)_ |
|---|---|
| (Type or print name) | (Signature) |

LAW OFFICES
SHAW, TERHAR &
LAMONTAGNE, LLP

1

221715.1  0038-15790

1

2

<u>**SERVICE LIST**</u>
<u>**Calif. State Auto. Ass'n, et al. v. Franke, Inc.**</u>

3

| Robert E. Wall, Esq.<br>Laura Uddenberg, Esq.<br>Grunsky, Ebey, Farrar & Howell<br>240 Westgate Drive<br>Watsonville, CA 95076<br><br>Attorneys for Plaintiffs<br>CALIFORNIA STATE AUTOMOBILE<br>ASSOCIATION, INTER-INSURANCE<br>BUREAU | Telephone: (831) 722-2444<br>Facsimile: (831) 722-6153 |
|---|---|
| FRANKE, INC.<br>Kitchen Systems Divisio<br>3050 Campus Drive, Suite 500<br>Hatfield, PA 19440 | |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

221715.1  0038-15790