John W. Shaw [State Bar No. 82802]
SHAW, TERHAR & LaMONTAGNE, LLP
707 Wilshire Boulevard, Suite 3060
Los Angeles, California 90017
Telephone: (213) 614-0400
Facsimile: (213) 629-4534

Attorneys for Defendant
JOHN GUEST USA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STATE AUTOMOBILE ASSOCIATION, INTER-INSURANCE BUREAU,<br><br>Plaintiff,<br><br>vs.<br><br>FRANKE, INC., JOHN GUEST USA, INC., and DOES 1 through 50, inclusive,,<br><br>Defendants. | Case No. CV 08-01642 EDL<br><br>**PROOF OF SERVICE BY U.S. MAIL**<br><br>Complaint Filed: March 10, 2008 |

LAW OFFICES
SHAW, TERHAR &
LaMONTAGNE, LLP

PROOF OF SERVICE BY U.S. MAIL

221666.1  0038-15790

# PROOF OF SERVICE
## Calif. State Auto. Ass'n, et al. v. Franke, Inc.

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 707 Wilshire Boulevard, Suite 3060, Los Angeles, California 90017.

On March 28, 2008, I served the within document(s) described as:

1. Notice of Assignment of Case to United States Magistrate Judge for Trial;

2. Drop Box Filing Procedures;

3. Standing Order for All Judges of the Northern District of California; Contents of Joint Case Management Statement;

4. Standing Order Re Case Management Conference;

5. Standing Order - Magistrate Judge Elizabeth D. Laporte;

6. Order Setting Initial Case Management Conference and ADR Deadlines;

7. USDC SFO Guidelines; and

8., ECF Registration Information Handout.

on the interested parties in this action as stated on the attached mailing list.

[X] **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 28, 2008, at Los Angeles, California.

_____Yvonne Allfie_____   _____(Signature)_____
(Type or print name)

LAW OFFICES
SHAW, TERHAR &
LAMONTAGNE, LLP

221715.1  0038-15790

1

## SERVICE LIST
## Calif. State Auto. Ass'n, et al. v. Franke, Inc.

| | |
|---|---|
| Robert E. Wall, Esq.<br>Laura Uddenberg, Esq.<br>Grunsky, Ebey, Farrar & Howell<br>240 Westgate Drive<br>Watsonville, CA 95076<br><br>Attorneys for Plaintiffs<br>CALIFORNIA STATE AUTOMOBILE<br>ASSOCIATION, INTER-INSURANCE<br>BUREAU | Telephone: (831) 722-2444<br>Facsimile: (831) 722-6153 |
| FRANKE, INC.<br>Kitchen Systems Division<br>3050 Campus Drive, Suite 500<br>Hatfield, PA 19440 | |