Kevin D. Smith (State Bar No. 113633)
Joshua A. Quinones (State Bar No. 186003)
Tracy M. Lewis (State Bar No. 232985)
**WOOD, SMITH, HENNING & BERMAN LLP**
505 North Brand Boulevard, Suite 1100
Glendale, California 91203
Phone: 818 551-6000 ♦ Fax: 818 551-6050
E-mail:     ksmith@wshblaw.com
            jquinones@wshblaw.com
            tlewis@wshblaw.com

Attorneys for Defendant, FRANKE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CSAA,<br><br>            Plaintiff(s),<br><br>     v.<br><br>FRANKE, INC.,<br><br>            Defendant(s). | CASE NO. C 08-01642 EDL<br><br>**STIPULATION OF PARTIES TO EXTEND DEFENDANT'S TIME TO ANSWER THE COMPLAINT**<br><br>[Assigned for All Purposes to Honorable Elizabeth D. Laporte] |

**WHEREAS**, Defendant FRANKE, INC., was served with the operative Complaint in this matter on March 14, 2008;

**WHEREAS**, Local Rule 6-1 allows the parties to stipulate in writing, without a Court Order, to extend the time within which to answer or otherwise respond to a complaint, provided the change does not alter the date or deadline already fixed by Court order.

**IT IS HEREBY STIPULATED** by and through counsel for Plaintiff CALIFORNIA SATE AUTOMOBILE ASSOCIATION, INTER-INSURANCE BUREAU that:

/ / /

/ / /

/ / /

1  Defendant FRANKE INC., is provided an extension until June 10, 2008 to file and
2  serve a responsive pleading in the above referenced matter.
3  **IT IS SO STIPULATED.**
4
5  DATED: May 21, 2008        WOOD, SMITH, HENNING & BERMAN LLP
6
7                             By: _____
8                                  JOSHUA A. QUINONES
                                    TRACY M. LEWIS
9                             Attorneys for Defendant, FRANKE, INC.
10
11 DATED: May 27, 2008        GRUNSKY, EBEY, FARRAR & HOWELL
12
13                            By: _____
                                   ROBERT E. WALL
14                                 LAURA UDDENBERG
                              Attorneys for Plaintiff, CALIFORNIA STATE
15                            AUTOMOBILE ASSOCIATION, INTER-
                              INSURANCE BUREAU
16
17
18
19
20
21
22
23
24
25
26
27
28

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
505 NORTH BRAND BOULEVARD, SUITE 1100
GLENDALE, CALIFORNIA 91203
TELEPHONE 818 551-6000 ♦ FAX 818 551-6050

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 505 North Brand Boulevard, Suite 1100, Glendale, California 91203.

On June 2, 2008June 2, 2008, I served the following document(s) described as **STIPULATION OF PARTIES TO EXTEND DEFENDANT'S TIME TO ANSWER THE COMPLAINT** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED LIST**

**BY MAIL:** I am "readily familiar" with Wood, Smith, Henning & Berman's practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Glendale, California, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 2, 2008, at Glendale, California.

*Karen Moreno*
Karen Moreno

LEGAL:5685-103/1083956.1       -1-       C 08-01642 EDL
STIPULATION OF PARTIES TO EXTEND DEFENDANT'S TIME TO ANSWER THE COMPLAINT

**SERVICE LIST**
*CSAA v. Franke, Inc.*
**USDC Case No. C 08-01642 EDL**

| | |
|---|---|
| Robert E. Wall, Esq.<br>Laura Uddenberg, Esq.<br>Grunsky, Ebey, Farrar & Howell<br>240 Westgate Drive<br>Watsonville, CA 95076<br>Tel: (831) 722-2444 / Fax: (831) 722-6153<br>**Attorneys for Plaintiff, CALIFORNIA STATE AUTOMOBILE ASSOCIATION, INTER-INSURANCE BUREAU** | John W. Shaw, Esq.<br>Shaw, Terhar, & LaMontagne, LLP<br>707 Wilshire Boulevard<br>Suite 3060<br>Los Angeles, CA 90017<br>Tel: (213) 614-0400/Fax: (213) 629-4534<br>**Attorneys for Defendant, JOHN GUEST USA, INC.** |

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
505 NORTH BRAND BOULEVARD, SUITE 1100
GLENDALE, CALIFORNIA 91203
TELEPHONE 818 551-6000 ♦ FAX 818 551-6050