Kevin D. Smith (State Bar No. 113633)
Joshua A. Quinones (State Bar No. 186003)
Tracy M. Lewis (State Bar No. 232985)
**WOOD, SMITH, HENNING & BERMAN LLP**
505 North Brand Boulevard, Suite 1100
Glendale, California 91203
Phone: 818 551-6000 ♦ Fax: 818 551-6050
E-mail:   ksmith@wshblaw.com
          jquinones@wshblaw.com
          tlewis@wshblaw.com

Attorneys for Defendant, FRANKE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CSAA,<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>FRANKE, INC.,<br><br>　　　　　Defendant(s). | CASE NO. C 08-01642 EDL<br><br>**DEFENDANT FRANKE INC.'S DEMAND FOR JURY TRIAL**<br><br>[Assigned for All Purposes to Honorable Elizabeth D. Laporte] |

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant, Franke Inc., hereby demands a trial by jury.

DATED: June 4, 2008

WOOD, SMITH, HENNING & BERMAN LLP

By: _[signature]_
JOSHUA A. QUINONES
TRACY M. LEWIS
Attorneys for Defendant, FRANKE, INC.

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 505 North Brand Boulevard, Suite 1100, Glendale, California 91203.

On June 4, 2008, I served the following document(s) described as **DEFENDANT FRANKE INC.'S DEMAND FOR JURY TRIAL** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

### SEE ATTACHED LIST

**BY MAIL:** I am "readily familiar" with Wood, Smith, Henning & Berman's practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Glendale, California, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 4, 2008, at Glendale, California.

*/s/ Karen Moreno*
Karen Moreno

LEGAL:5685-103/1083981.1                    -1-                          C 08-01642 EDL
DEFENDANT FRANKE INC.'S DEMAND FOR JURY TRIAL

**SERVICE LIST**
*CSAA v. Franke, Inc.*
**USDC Case No. C 08-01642 EDL**

| | |
|---|---|
| Robert E. Wall, Esq.<br>Laura Uddenberg, Esq.<br>Grunsky, Ebey, Farrar & Howell<br>240 Westgate Drive<br>Watsonville, CA 95076<br>Tel: (831) 722-2444 / Fax: (831) 722-6153<br>**Attorneys for Plaintiff, CALIFORNIA STATE AUTOMOBILE ASSOCIATION, INTER-INSURANCE BUREAU** | John W. Shaw, Esq.<br>Shaw, Terhar, & LaMontagne, LLP<br>707 Wilshire Boulevard<br>Suite 3060<br>Los Angeles, CA 90017<br>Tel: (213) 614-0400/Fax: (213) 629-4534<br>**Attorneys for Defendant, JOHN GUEST USA, INC.** |

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
505 NORTH BRAND BOULEVARD, SUITE 1100
GLENDALE, CALIFORNIA 91203
TELEPHONE 818 551-6000 ♦ FAX 818 551-6050