UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CSAA

            Plaintiff(s),

v.

FRANKE, INC.,

            Defendant(s).

_____/

Case No. C08-01642 EDL

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 5-27-08

[Party] CHARLES E. LAWRENCE

Dated: 6/3/08

[Counsel] TRACY M. LEWIS

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 505 North Brand Boulevard, Suite 1100, Glendale, California 91203.

On June 4, 2008, I served the following document(s) described as **ADR CERTIFICATION BY PARTIES AND COUNSEL** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

### SEE ATTACHED LIST

**BY MAIL:** I am "readily familiar" with Wood, Smith, Henning & Berman's practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Glendale, California, on that same day following ordinary business practices. (Code Civ. Proc. §1013, subd. (a) and 1013a(3).)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 4, 2008, at Glendale, California.

*/s/ Karen Moreno*
Karen Moreno

-1-

**SERVICE LIST**
*CSAA v. Franke, Inc.*
**USDC Case No. C 08-01642 EDL**

| | |
|---|---|
| Robert E. Wall, Esq.<br>Laura Uddenberg, Esq.<br>Grunsky, Ebey, Farrar & Howell<br>240 Westgate Drive<br>Watsonville, CA 95076<br>Tel: (831) 722-2444 / Fax: (831) 722-6153<br>**Attorneys for Plaintiff, CALIFORNIA STATE AUTOMOBILE ASSOCIATION, INTER-INSURANCE BUREAU** | John W. Shaw, Esq.<br>Shaw, Terhar, & LaMontagne, LLP<br>707 Wilshire Boulevard<br>Suite 3060<br>Los Angeles, CA 90017<br>Tel: (213) 614-0400/Fax: (213) 629-4534<br>**Attorneys for Defendant, JOHN GUEST USA, INC.** |

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
505 NORTH BRAND BOULEVARD, SUITE 1100
GLENDALE, CALIFORNIA 91203
TELEPHONE 818 551-6000 ♦ FAX 818 551-6050