1 | John W. Shaw [State Bar No. 82802]
  | jshaw@stl-lawoffices.com
2 | SHAW, TERHAR & LaMONTAGNE, LLP
  | 707 Wilshire Boulevard, Suite 3060
3 | Los Angeles, California 90017
  | Telephone:  (213) 614-0400
4 | Facsimile:  (213) 629-4534

5 | Attorneys for Defendant
  | JOHN GUEST USA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| CALIFORNIA STATE AUTOMOBILE ASSOCIATION, INTER-INSURANCE BUREAU, | ) Case No. C 08-01642 EDL |
|---|---|
| Plaintiff, | ) **REQUEST FOR TELEPHONIC APPEARANCE AT THE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| vs. | ) |
| FRANKE, INC., JOHN GUEST USA, INC., and DOES 1 through 50, inclusive,, | ) Date: July 1, 2008 |
|  | ) Time: 10:00 a.m. |
| Defendants. | ) Courtroom:   E (15th Floor) |
|  | ) Complaint Filed: March 10, 2008 |

Defendant JOHN GUEST USA, INC. hereby requests permission of the court for its attorney of record, John W. Shaw, Esq. of the law offices of Shaw, Terhar & LaMontagne

/ / /

/ / /

LLP, to appear at the Initial Case Management Conference currently set for July 1, 2008 at 10:00 a.m. in Courtroom E via telephone.

Dated: June 18, 2008                             SHAW, TERHAR & LaMONTAGNE, LLP

By: /s/ John W. Shaw
John W. Shaw
Keri L. Nakawatase
Attorneys for Defendant
JOHN GUEST USA, INC.

## [PROPOSED] ORDER

The Request for Telephonic Appearance at the Initial Case Management Conference of defendant JOHN GUEST USA, INC. is hereby granted. Counsel for defendant JOHN GUEST USA, INC. may appear at the Initial Case Management Conference currently set for July 1, 2008 at 10:00 a.m. in Courtroom E via telephone.

Dated: June _____, 2008

Hon. Elizabeth D. Laporte
Magistrate Judge, United States District Court