Kevin D. Smith (State Bar No. 113633)
Joshua A. Quinones (State Bar No. 186003)
Tracy M. Lewis (State Bar No. 232985)
**WOOD, SMITH, HENNING & BERMAN LLP**
505 North Brand Boulevard, Suite 1100
Glendale, California 91203
Phone: 818 551-6000 ♦ Fax: 818 551-6050
E-mail:      ksmith@wshblaw.com
             jquinones@wshblaw.com
             tlewis@wshblaw.com

Attorneys for Defendant, FRANKE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CSAA,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>FRANKE, INC.,<br><br>　　　　Defendant(s). | CASE NO. C 08-01642 EDL<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>DATE:　July 1, 2008<br>TIME:　10:00 a.m.<br>CRTRM.: E<br><br>Complaint Filed: March 10, 2008<br><br>[Assigned for All Purposes to Honorable Elizabeth D. Laporte] |

COMES NOW Defendant, FRANKE, INC., to request permission of the court for its attorney of record, Joshua A. Quinones of Wood, Smith, Henning & Berman LLP, to appear via telephonic appearance at the Initial Case Management Conference currently set for July 1, 2008 at 10:00 a.m. in Courtroom E.

DATED: June 19, 2008

WOOD, SMITH, HENNING & BERMAN LLP

By: _____
JOSHUA A. QUINONES
TRACY M. LEWIS
Attorneys for Defendant, FRANKE, INC.

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 505 North Brand Boulevard, Suite 1100, Glendale, California 91203.

On June 19, 2008, I served the following document(s) described as **REQUEST FOR TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

## SEE ATTACHED LIST

**BY MAIL:** I am "readily familiar" with Wood, Smith, Henning & Berman's practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Glendale, California, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 19, 2008, at Glendale, California.

*/s/ Karen Moreno*
Karen Moreno

**SERVICE LIST**
*CSAA v. Franke, Inc.*
**USDC Case No. C 08-01642 EDL**

| | |
|---|---|
| Robert E. Wall, Esq.<br>Laura Uddenberg, Esq.<br>Grunsky, Ebey, Farrar & Howell<br>240 Westgate Drive<br>Watsonville, CA 95076<br>Tel: (831) 722-2444 / Fax: (831) 722-6153<br>**Attorneys for Plaintiff, CALIFORNIA STATE AUTOMOBILE ASSOCIATION, INTER-INSURANCE BUREAU** | John W. Shaw, Esq.<br>Shaw, Terhar, & LaMontagne, LLP<br>707 Wilshire Boulevard<br>Suite 3060<br>Los Angeles, CA 90017<br>Tel: (213) 614-0400/Fax: (213) 629-4534<br>**Attorneys for Defendant, JOHN GUEST USA, INC.** |

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
505 NORTH BRAND BOULEVARD, SUITE 1100
GLENDALE, CALIFORNIA 91203
TELEPHONE 818 551-6000 ♦ FAX 818 551-6050

LEGAL:5685-103/1093355.1   -2-   C 08-01642 EDL
REQUEST FOR TELEPHONIC APPEARANCE AT INITIAL
CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

1  Kevin D. Smith (State Bar No. 113633)
   Joshua A. Quinones (State Bar No. 186003)
2  Tracy M. Lewis (State Bar No. 232985)
   **WOOD, SMITH, HENNING & BERMAN LLP**
3  505 North Brand Boulevard, Suite 1100
   Glendale, California 91203
4  Phone: 818 551-6000  ♦  Fax: 818 551-6050
   E-mail:      ksmith@wshblaw.com
5                jquinones@wshblaw.com
                 tlewis@wshblaw.com
6
   Attorneys for Defendant, FRANKE, INC.
7

8                   **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10

11  CSAA,                              CASE NO. C 08-01642 EDL

12          Plaintiff(s),              **[PROPOSED] ORDER RE REQUEST
                                       FOR TELEPHONIC APPEARANCE AT
13      v.                             INITIAL CASE MANAGEMENT
                                       CONFERENCE; [PROPOSED] ORDER**
14  FRANKE, INC.,
                                       DATE:   July 1, 2008
15          Defendant(s).              TIME:   10:00 a.m.
                                       CRTRM.: E
16
                                       Complaint Filed: March 10, 2008
17
                                       [Assigned for All Purposes to Honorable Elizabeth D.
18                                     Laporte]

19

20      **IT IS SO ORDERED:**

21          THAT The Request for Telephonic Appearance at Initial Case Management

22  Conference of Defendant, FRANKE, INC., is hereby granted.  Counsel for Defendant,

23  FRANKE, INC., may appear at the July 1, 2008 hearing in Courtroom E, via telephonic

24  appearance.

25

26  DATED: _____        _____
                                        HON. ELIZABETH D. LAPORTE
27                                      MAGISTRATE JUDGE
                                        UNITED STATES DISTRICT COURT
28

LEGAL:5685-103/1093733.1        -1-                              C 08-01642 EDL
                          [PROPOSED] ORDER