1  John W. Shaw [State Bar No. 82802]
   jshaw@stl-lawoffices.com
2  SHAW, TERHAR & LaMONTAGNE, LLP
   707 Wilshire Boulevard, Suite 3060
3  Los Angeles, California 90017
   Telephone: (213) 614-0400
4  Facsimile: (213) 629-4534

5  Attorneys for Defendant
   JOHN GUEST USA, INC.

6

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10

11  CALIFORNIA STATE AUTOMOBILE ) Case No. C 08-01642 EDL
    ASSOCIATION, INTER-INSURANCE )
12  BUREAU,                       ) **REQUEST FOR TELEPHONIC**
                                  ) **APPEARANCE AT THE INITIAL**
13              Plaintiff,        ) **CASE MANAGEMENT**
                                  ) **CONFERENCE; [PROPOSED]**
14        vs.                     ) **ORDER**
                                  )
15  FRANKE, INC., JOHN GUEST USA, INC., ) Date: July 1, 2008
    and DOES 1 through 50, inclusive,,  ) Time: 10:00 a.m.
16                                  ) Courtroom: E (15th Floor)
              Defendants.          )
17  _____) Complaint Filed: March 10, 2008

18

19

20

21        Defendant JOHN GUEST USA, INC. hereby requests permission of the court for its

22  attorney of record, John W. Shaw, Esq. of the law offices of Shaw, Terhar & LaMontagne

23  / / /

24  / / /

25

26

27

28

**LAW OFFICES**
SHAW, TERHAR &
LAMONTAGNE, LLP      REQUEST FOR TELEPHONIC APPEARANCE AT THE INITIAL CASE MANAGEMENT CONFERENCE
223079.1  0038-15790

1 LLP, to appear at the Initial Case Management Conference currently set for July 1, 2008 at
2 10:00 a.m. in Courtroom E via telephone.

3 Dated: June 18, 2008                         SHAW, TERHAR & LaMONTAGNE, LLP

5                                              By: /s/ John W. Shaw
                                                   John W. Shaw
6                                                  Keri L. Nakawatase
                                                   Attorneys for Defendant
7                                                  JOHN GUEST USA, INC.

9                              **[PROPOSED] ORDER**

10    The Request for Telephonic Appearance at the Initial Case Management Conference
11 of defendant JOHN GUEST USA, INC. is hereby granted.  Counsel for defendant JOHN
12 GUEST USA, INC. may appear at the Initial Case Management Conference currently set
13 for July 1, 2008 at 10:00 a.m. in Courtroom E via telephone.   Counsel shall contact the
14 Courtroom Deputy to provide a number for the Court to call. Counsel shall be available from 10:00am until called by the Court.

15 Dated: June   25  , 2008                    _____
                                               Hon. Elizabeth D. Laporte
16                                             Magistrate Judge, United States District Court