Kevin D. Smith (State Bar No. 113633)
Joshua A. Quinones (State Bar No. 186003)
Tracy M. Lewis (State Bar No. 232985)
**WOOD, SMITH, HENNING & BERMAN LLP**
505 North Brand Boulevard, Suite 1100
Glendale, California 91203
Phone: 818 551-6000 ♦ Fax: 818 551-6050
E-mail:   ksmith@wshblaw.com
          jquinones@wshblaw.com
          tlewis@wshblaw.com

Attorneys for Defendant, FRANKE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CSAA,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>FRANKE, INC.,<br><br>　　　　Defendant(s). | CASE NO. C 08-01642 EDL<br><br>[PROPOSED] ORDER RE REQUEST FOR TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER<br><br>DATE:　July 1, 2008<br>TIME:　10:00 a.m.<br>CRTRM.:　E<br><br>Complaint Filed: March 10, 2008<br><br>[Assigned for All Purposes to Honorable Elizabeth D. Laporte] |

**IT IS SO ORDERED:**

THAT The Request for Telephonic Appearance at Initial Case Management Conference of Defendant, FRANKE, INC., is hereby granted. Counsel for Defendant, FRANKE, INC., may appear at the July 1, 2008 hearing in Courtroom E, via telephonic appearance. Counsel shall contact the Courtroom Deputy to provide a number for the Court to call. Counsel shall be available beginning at 10:00 a.m. until called by the Court.

DATED: June 25, 2008                               _/s/ Elizabeth D. Laporte_
                                                   HON. ELIZABETH D. LAPORTE
                                                   MAGISTRATE JUDGE
                                                   UNITED STATES DISTRICT COURT

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
505 NORTH BRAND BOULEVARD, SUITE 1100
GLENDALE, CALIFORNIA 91203
TELEPHONE 818 551-6000 ♦ FAX 818 551-6050