**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Elizabeth D. Laporte**

CIVIL MINUTES

Date: July 1, 2008

Case No: **C-08-01642 EDL**

Case Name: **CSAA v. FRANKE INC.**

| | | |
|---|---|---|
| Attorneys: | Pltf: Laura Uddenberg | Deft: Joshua Quinones (phone) |
| | | John Shaw (phone) |
| Deputy Clerk: Lili M. Harrell | | FTR Digital Recorder: 10:54am - 10:56am (Time: 2 min ) |

**PROCEEDINGS:**
    Initial Case Management Conference - held

**ORDERED AFTER HEARING:**


**Order to be prepared by:**  [] Plntf  [] Deft  []  Court

**Case continued to:** 10/14/08 at 10:00am for further case management conference.
                      Updated joint case management statement due 10/7/08.

**Notes:**   Parties have private mediation scheduled for 8/25/08. If case is not resolved with mediation, dates shall be set at FCMC.


cc: