1  Robert E. Wall, Esq., SBN 108114
   Laura Uddenberg, Esq. SBN 75630
2  GRUNSKY, EBEY, FARRAR & HOWELL, APC
3  240 Westgate Drive
   Watsonville, CA 95076
4  Telephone:   831/722-2444
5  Facsimile:   831/722-6153
   Attorneys for Plaintiff CALIFORNIA STATE AUTOMOBILE
6  ASSOCIATION, INTER-INSURANCE BUREAU

7  John W. Shaw, Esq., SBN 82802
8  Keri L. Nakawatase, Esq., SBN 240032
   SHAW, TERHAR & LaMONTAGNE, LLP
9  707 Wilshire Boulevard, Suite 3060
10 Los Angeles, CA 90017
   Telephone    213/614-0400
11 Facsimile:   213/629-4534
12 Attorneys for Defendant JOHN GUEST USA, INC.

13 Joshua A. Quinones, Esq., SBN 186003
   WOOD, SMITH, HENNING & BERMAN, LLP
14 505 N. Brand Boulevard, Suite 1100
15 Glendale, CA 91203-1906
   Telephone:   818/551-6000
16 Facsimile:   818/551-6050
17 Attorneys for Defendant FRANKE, INC.

18                    UNITED STATES DISTRICT COURT
19
                      NORTHERN DISTRICT OF CALIFORNIA
20

21

| | |
|---|---|
| CALIFORNIA STATE AUTOMOBILE ASSOCIATION, INTER-INSURANCE BUREAU, | No. C 08-01642 EDL |
| Plaintiff. | **JOINT NOTICE OF SETTLEMENT** |
| vs. | Next Hearing:<br>DATE:   October 14, 2008<br>TIME:   10:00 a.m.<br>PLACE:  Courtroom E |
| FRANKE, INC., JOHN GUEST USA, INC., and DOES 1 through 50, inclusive, | |
| Defendants. | |

-1-

1  Counsel report that the case settled during private mediation on August 25, 2008. Counsel
2  anticipate that a Stipulation of Dismissal will be filed within the next 60 to 90 days and request that
3  the Case Management Conference, scheduled for October 14, 2008 be removed from the calendar.

5  DATED:   September 3, 2008                     GRUNSKY, EBEY, FARRAR & HOWELL

7                                                  By /S/ Robert E. Wall
                                                   Robert E. Wall, Attorneys for Plaintiff,
8                                                  CALIFORNIA STATE AUTOMOBILE
                                                   ASSOCIATION, INTER-INSURANCE BUREAU

10 DATED:   September 3, 2008                     SHAW, TERHAR & LaMONTAGNE, LLP

12                                                 By /S/ John W. Shaw
13                                                 John W. Shaw, Attorneys for Defendant JOHN
                                                   GUEST USA, INC.

15 DATED:   September 3, 2008                     WOOD, SMITH, HENNING & BERMAN, LLP

17                                                 By /S/ Joshua A. Quinones
18                                                 Joshua A. Quinones, Attorneys for Defendant
                                                   FRANKE, INC.

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
COUNTY OF SANTA CRUZ ) ss

I am over the age of eighteen (18) years and not a party to the within action. I am employed by the law firm of GRUNSKY, EBEY, FARRAR & HOWELL (the "firm"), and my business address is 240 Westgate Drive, Watsonville, California 95076.

On **September 3, 2008** I caused to be served the within **JOINT NOTICE OF SETTLEMENT** on the parties to this action, by placing a true copy thereof enclosed in a sealed envelope, addressed as follows and delivered in the manner indicated:

*Attorneys for Defendant John Guest USA, Inc.:*
John W. Shaw
Shaw, Terhar & LaMontagne, LLP
707 Wilshire Boulevard, Suite 3060
Los Angeles, CA 90017
Tel: (213) 614-0400
Fax: (213) 629-4534

*Attorneys for Franke, Inc.:*
Joshua A. Quinones
Wood Smith Henning & Berman LLP
505 N. Brand Blvd., Suite 1100
Glendale, CA 91203-1906
Tel: (818) 551-6000
Fax: (818) 551-6050

XXX   **[By Mail]:** I caused each envelope with postage prepaid to be placed in the United States mail at Watsonville, California. I am readily familiar with the business practices of the firm regarding the collection and processing of correspondence for mailing with the United States Postal Service. Pursuant to such business practices, and in the ordinary course of business, all correspondence is deposited with the United States Postal Service on the same day it is placed for collection and mailing.

_____   **[By Federal Express]:** I caused each envelope to be delivered to Federal Express for overnight courier to the office(s) of the addressee(s).

_____   **[By Hand Delivery]:** I caused each envelope to be delivered by hand on the office(s) of the addressee(s).

_____   **[By Fax]:** On * , I served the within document on the parties in said action by facsimile transmission, pursuant to Rule 2.306 of the California Rules of Court. A transmission report was properly issued by the sending facsimile machine and the transmission was reported as complete and without error.

_____   **[By e-mail]** Pursuant to CCP 1010.6(6), and pursuant to authorization from ***, assistant to ***, I scanned and emailed correct copies of the above-entitled document to ***(e-mail address). A copy of the e-mail transmission is attached hereto.

I declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on **September 3, 2008** at Watsonville, California.

*/s/ Karen Machado*
Karen L. Machado

csub19785/POS
CSAA v. Franke, et al., Case No. CV 08-01642 EDL
**PROOF OF SERVICE**