**United States District Court**
For the Northern District of California

1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                  NORTHERN DISTRICT OF CALIFORNIA
7
8  **CSAA**
9          Plaintiff(s),                    No. C-**08-01642** EDL
10      v.                                **ORDER OF CONDITIONAL DISMISSAL**
11 **FRANKE INC.**
12          Defendants.
                                    /
13
14
15      The parties hereto, by their counsel, having advised the Court that they have agreed to a
settlement of this cause,
16
17      IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate
on or before December 5, 2008 for the purpose of proceeding with the litigation in the event a settlement
18
has not been completed prior to that date.  In the event a request to reinstate the case is not filed and
19
served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.
20
IT IS SO ORDERED.
21
Dated: September 5, 2008
22                                  _Elizabeth D. Laporte_
                                    _____
23                                  ELIZABETH D. LAPORTE
                                    United States Magistrate Judge
24
25
26
27
28